**IT IS ORDERED as set forth below:**



**Date: January 2, 2018**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

UNITED STATES DISTRICT BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| DEBORAH DEAMER GRIMES,<br>        DEBTOR | CHAPTER 13<br>CASE NO. 15-73193-BEM |
| DEBORAH DEAMER GRIMES,<br>        MOVANT, | CONTESTED MATTER |
| VS. | |
| MTGLQ INVESTORS, L.P.,<br>        RESPONDENT. | |

**ORDER GRANTING OBJECTION TO CLAIM OF MTGLQ INVESTORS, L.P. (CLAIM NO. 7)**

Deborah Deamer Grimes ("Debtor") filed an Objection to Proof of Claim of MTGLQ INVESTORS, L.P. ("Respondent") in the amount of $50,422.97 (Claim No. 7). The matter was scheduled for hearing before the Court on December 19, 2017. Debtor alleges that Respondent's Claim was incorporated into a post-petition loan by way of a loan modification.

Debtor contends that proper notice was provided to all parties in interest and no opposition was filed or announced by any party at the hearing. Accordingly, it is hereby

**ORDERED** that Debtor's Objection is **GRANTED** and the Proof of Claim of MTGLQ INVESTORS, L.P. (Claim No. 7) in the amount of $50,422.97 is disallowed.

[END OF DOCUMENT]

Prepared and Submitted by
JEFF FIELD & ASSOCIATES

/s/ Christopher J. Sleeper

_____
CHRISTOPHER J. SLEEPER
Attorney for Debtor
State Bar No. 700884
342 North Clarendon Avenue
Scottdale, GA 30079
404-499-2700
contactus@fieldlawoffice.com


No Opposition:

/s/ *by Christopher Sleeper w/ express permission*

_____
SONYA M. BUCKLEY
Attorney for Chapter 13 Trustee
State Bar No. 140987
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com

# **DISTRIBUTION LIST**

Mary Ida Townson, Electronically

Deborah Deamer Grimes
145 Northwood Drive D8
Atlanta, GA 30342

Jeffrey Field
Jeff Field & Associates
342 N. Clarendon Ave.
Scottdale, GA 30079

MTGLQ INVESTORS, L.P.
c/o Shellpoint Mortgage Servicing
P.O. Box 10675
Greenville, SC 29603-0675

MTGLQ INVESTORS, L.P.
c/o CT Corporation System
289 S Culver St
Lawrenceville, GA, 30046-4805

Mallory Velten
Brock & Scott, PLLC
4360 Chamblee Dunwoody Road
Suite 310
Atlanta, GA 30341